UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------

GEORGE DAVIS,

        Plaintiff,

    - against -

New York State Division of Parole; Atty. General Eliot Spitzer; Asst. Atty. General Jonathan Saul; Chairman Robert Dennison; Warden, Anna M. Kross Center; Senior Parole Officer Christopher Wrobleski; Parole Officer P. Brathwaite

        Defendants.

------------------------------------------------------------

07 Civ. 5544(NRB) (RLE)

**NOTICE OF APPEARANCE**

    Please take notice that the undersigned attorney, duly admitted to practice in this Court, represents defendants New York State Division of Parole and Chairman Robert Dennison in this action. Please direct all further correspondence and/or electronic notices to the undersigned.

Dated:  New York, New York
        November 1, 2007

        /Andrew Hodge Meier
        ANDREW HODGE MEIER (AM0831)
        Assistant Attorney General
        120 Broadway, 24th Floor
        New York, NY  10271
        (212) 416-8305
        Andrew.Meier@oag.state.ny.us