

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

November 8, 2007

Hon. Naomi R. Buchwald, U.S.D.J.
United States District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *Davis v. New York State Division of Parole, et al., Index #07-CV-5544*

Dear Judge Buchwald:

    I have recently been assigned to handle the above-captioned case on behalf of Defendants the New York State Division of Parole, Chairman Robert Dennison, and former Assistant Attorney General Jonathan Saul. Because this Office has not yet received requests for representation from any other Defendant, and because I have just been assigned to this matter, I respectfully request, on behalf of the Division of Parole, Chairman Dennison, and Jonathan Saul, an extension of time in which to file a response to January 14, 2008. If and when the remaining State Defendants are served, they will join in this request. The Division and Dennison both executed their acknowledgments of service on October 25, 2007, making their responses due November 14, 2007. Jonathan Saul has authorized this Office to accept service on his behalf.

    This extension will allow me time to investigate the facts underlying the Plaintiff's complaint, and to confirm which Defendants will be represented by this office. Plaintiff has not been contacted for his consent because of the delay involved in communicating with an incarcerated inmate.

                            Respectfully submitted,

                            Andrew Meier (212) 416-8305
                            Assistant Attorney General
                            Office of the NY State Attorney General
                            120 Broadway
                            New York, NY 10271

cc:   George Davis
      DIN 06-A-1168
      Hale Creek ASACTC
      PO Box 950
      Johnstown, NY 12095-0950