


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/5/07

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

November 30, 2007

Hon. Naomi R. Buchwald, U.S.D.J.
United States District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *Davis v. New York State Division of Parole, et al.*, Index #07-CV-5544

Dear Judge Buchwald:

    I have recently learned that the Division of Parole accepted service on behalf of Defendants Patrice Brathwaite, Toolshan Bizram, and Christopher Wrobleski on November 14, 2007. I have not yet been able to contact Defendants Brathwaite, Bizram, and Wrobleski to confirm that they will be seeking representation from this office, but I would like to request, on their behalf, that they be allowed an extension of time to file an answer to January 14, 2008. That is the date on which the answers of Defendants New York State Division of Parole, Chairman Robert Dennison, and former Assistant Attorney General Jonathan Saul are due.

    This extension will allow me time to investigate the facts underlying the Plaintiff's complaint, and to confirm which Defendants will be represented by this office. Plaintiff has not been contacted for his consent because of the delay involved in communicating with an incarcerated inmate.

    Respectfully submitted,

Andrew Meier (212) 416-8305
Assistant Attorney General
Office of the NY State Attorney General
120 Broadway
New York, NY 10271

So Ordered
[signature] 12/5/07

cc: George Davis
DIN 06-A-1168
Hale Creek ASACTC
PO Box 950
Johnstown, NY 12095-0950