


MR, GEORGE DAVIS
Din # 06-A-1168
HALER CREEK A.S.A.T.C.A.
P.O BOX 950.
JOHNSTOWN, NY 12095.

TO.

Hon, Naomi R. Buchwald
U.S. District Judge
U.S. District Court
S.D. of New York
500, Pearl Street.
New York, N.Y 10007.

NOTICE OF MOTION
REQUESTING EXTENTION OF
TIME TO FILE A RESPONSE
DEFENDANTS (FRCP) 12 b(6
MOTION TO DISMISS COMPLA

Endorsement

Plaintiff has until March 14, 2008
to file his response to defendant's
motion. No further extensions should
be expected. So Ordered.

RE: DAVIS V. N.Y.S Division of Parole et al
Index # 07-CIV-5544 (NRB)

*Naomi Reice Buchwald, USDJ*
2/25/08

RECEIVED FEB 21 2008 PRO SE OFFICE

Dear, Hon Buchwald

   I, George Davis , a pro-se litigant in the above-captioned
matter repectfully request for an assignment of counsel and exte
ntion of time to file an answer to the Defendents (FRCP) rule
12 b(6) motion treated as summary judgment to MARCH 14,2008.

   Please be advised that I am not an attorney and I have very
little unfderstanding of the law and it's language which makes
it differcult for me to respone to the Defendents motion to
dismiss the complaint.

   Further I am an inmate currently incarcerated at Hale Creek
alcohol substances abuse treatment program,located in Johnstown
N.Y a six month treatment program, which is a very small facility
with approximately 400 inmates, and the law library has very
limited material with only N.Y.S 2d reporters, and NO Federal
reporters at all. due to the fact that this facility library

1

has NO federal reporters which is needed to cite federal case law because all of the case law that the Defendent are citing in his motion to dismiss are federal case law. been that this facility law law library has NO federal reporter case law, makes it impossible for me to cite federal case law, since this is a federal § 1983 case I would need to cite federal case law. this is why I am requesting an assignment of counsel along with an extention of time to file an answer to the Defendets (FRCP) 12 b(6) motion to dismiss the complaint, to MARCH 14, 2008.

This assignment of counsel, and extention of time to file an answer to MARCH 14, 2008 will allow me more time to investigate the Defendets 12 b(6) motion moor carefully and to seek help from outside resources.

Repectfully Submitted

Dated Feb 15, 2008.
    Johnstown, N.Y

_____
        Signature

GEORGE DAVIS
Din # 06-A-1168
HALE CREE A.S.A.T.C.
P.O BOX  950.
JOHNSTOWN, NY 120950

ANDREW MEIRE (AM-0552)
ASSISTANT ATTORNEY GENERAL
120, BROADWAY -24 FLOOR
NEW YORK, NEW YORK 10271.

CC

3